**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

FILED (GR)
U.S. District Court Clerk
Ronald C. Weston, Sr.

JUL 1 6 1998

By_____
Western Michigan

- - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JOSEPH WILLIAM STROUP,

        Defendant.

_____/

No.  1:98-CR- 112

Hon. **Richard A. Enslen**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

From in or about September, 1996 until the date of this Indictment in the Southern Division of the Western District of Michigan and elsewhere,

**JOSEPH WILLIAM STROUP,**

while residing in a state or states other than Michigan, did knowingly, willfully and unlawfully fail to pay a past due support obligation with respect to a child residing in Michigan. It was part of this violation that:

1.      On or about August 1, 1989 a Circuit Judge for the County of VanBuren, Michigan entered a judgment of divorce in the matter of Joseph W. Stroup v. Sandy K. Stroup, 89-32-229-DM-B and included an Order of Support with respect to Joseph William Stroup's support of his four minor children;

2.      Until approximately June, 1996 Joseph William Stroup was reasonably current in payment of his court ordered support obligations, as modified;

3.    Since June, 1996 Joseph William Stroup has failed to pay such court ordered support obligations, as modified, and that he is in an arrearage of approximately $254,403.10 as of July 9, 1998;

4.    On or about July 28, 1995 Joseph William Stroup entered into an agreement by which Joseph William Stroup sold approximately 425 shares of stock, owned beneficially and of record solely by Joseph William Stroup, and for which he received approximately $918,919.00.

18 U.S.C. § 228

A TRUE BILL

GRAND JURY FOREPERSON

MICHAEL H. DETTMER
United States Attorney

DONALD A. DAVIS (P24049)
Assistant United States Attorney
United States Attorney's Office
P.O. Box 208
Grand Rapids, Michigan 49501-0208

2