## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Joseph William Stroup

**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:98-cr-112 | 8/20/2018 | 2:38 p.m. - 3:16 p.m. | Kalamazoo | |

### APPEARANCES

**Government:** Nils R. Kessler

**Defendant:** Donald L. Sappanos

**Counsel Designation:** Retained

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendere
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 24 month
Probation: n/a
Supervised Release: 1 year
Fine: $ 0.00
Restitution: $ 533,624.91
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
- Date: 5/7/2018
- By: Plea
- As to Count (s): 1 of the Indictment

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Kathleen Thomas

**Case Manager:** A. Redmond